No. 903. WEISE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edward Mosk* and *Sam Rosenwein* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1017. DU BOYES, INC., ET AL. *v.* BOUCHER ET AL. C. A. 2d Cir. Certiorari denied. *Maxwell E. Sparrow* and *J. Preston Swecker* for petitioners. *Thomas A. McGovern* and *Burton L. Knapp* for respondents.

No. 1019. WATKINS ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John H. Weir* and *Curtiss K. Thompson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Grant W. Wiprud* for the United States.

No. 1023. CALLAS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph A. Solovei* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 419. EASTERN AIR LINES, INC., *v.* MOE. C. A. 5th Cir. Certiorari denied. *E. Smythe Gambrell* and *W. Glen Harlan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 1026. FERGUSON *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *A. L. Kearns* for petitioner. *John T. Corrigan* for respondent.